UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>ERNESTO GARCIA PEREZ,<br><br>Defendant. | Case No.: 20-CR-1536-JAH<br><br>**ORDER ON THE JOINT MOTION TO CONTINUE MOTION HEARING AND EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT** |

This matter comes before the Court upon the joint application of the parties to continue the motion hearing and to exclude a period of time in computing the deadline within which the trial of this case must commence under 18 U.S.C. § 3161. Based on the application, the Court makes the following findings:

For reasons stated in paragraph 9 of the motion, incorporated by reference herein, the Court finds the ends of justice served by granting the requested continuance outweigh the best interest of the public and the Defendant in a speedy trial.

IT IS ORDERED that the motion to continue is granted. The motion hearing shall be continued to October 19, 2020, at 11:00 a.m.

//
//
//
//

1     IT IS FURTHER ORDERED that the period of delay from the filing of the motion
2 until October 19, 2020, at 11:00 a.m., shall be excluded in computing the time within which
3 the trial must commence under the Speedy Trial Act, 18 U.S.C. § 3161.

6 DATED: September 14, 2020              _____
7                                                   Hon. John A. Houston
                                                  UNITED STATES DISTRICT JUDGE